In the Matter of ERIC M. MATSNER, Appellant. BRITA D. FRIED, Respondent.

Argued October 3, 1950; decided October 12, 1950.

*Benjamin Busch* and *Otto C. Sommerich* for appellant.

*George A. Spiegelberg* and *Leon Silverman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.